O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 97-4914 AHM (Ex) | Date | October 1, 2008 |
|---|---|---|---|
| Title | VINCENT CUSANO v. GENE KLEIN, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court has reviewed "Plaintiff's Response to September 10, 2008 Order to Show Cause." The response appears to have been prepared by a lawyer, although plaintiff himself signed it. Perhaps that is why on its face the response is sufficient - - barely - - to ward off sanctions. Given Plaintiff's *pro se* status, under settled judicial precedent this Court is required to "give him the benefit of the doubt" (to put it in the vernacular). The Court will do so, and thus not impose sanctions at this time. But the Court is compelled to note, in case there are comparable incidents in the future, that Vincent Cusano has shown a willingness to do almost anything to avoid complying with legal requirements, and in the process he has demonstrated a total lack of trustworthiness.

|  | : |  |
|---|---|---|
| | Initials of Preparer | SMO |