O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 97-4914 AHM (Ex) | Date | November 21, 2008 |
|---|---|---|---|
| Title | VINCENT CUSANO v. GENE KLEIN, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court hereby takes OFF-CALENDAR and UNDER SUBMISSION PLAINTIFF/JUDGMENT DEBTOR'S MOTION TO DISQUALIFY DEFENDANTS/JUDGMENT CREDITORS' COUNSEL MANATT, PHELPS & PHILLIPS, LLP [Filed 10/31/08]. The parties will be notified if a hearing is necessary.

: 

Initials of Preparer   SMO